JS-6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN KERN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>UMRO REALTY CORP. d/b/a The Agency, a California corporation,<br><br>*Defendant.* | Case No. 2:25-cv-10776-SVW-AGR<br><br><br><br>[~~PROPOSED~~] ORDER |

Having considered the parties' stipulation of dismissal, it is hereby ordered that this action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 6, 2026

Stephen V. Wilson
United States District Judge

1